**Motion to Withdraw Granted; Affirmed; and Memorandum Opinion filed October 11, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00649-CV

## IN THE INTEREST OF K.M.L.H aka K.M.H., a Minor Child

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-04282J**

## MEMORANDUM OPINION

On July 9, 2012, the trial court signed a judgment terminating the parental rights to the child, K.M.L.H., also known as K.M.H. Appellant, the father of the child, brings this appeal.

Appellant's appointed counsel filed a brief in which she concludes the appeal is wholly frivolous and without merit. Counsel also filed a motion to withdraw from her representation of appellant. The brief meets the requirements of *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396 (1967), by presenting a professional evaluation of the record and

demonstrating why there are no arguable grounds to be advanced. *See High v. State,* 573 S.W.2d 807 (Tex. Crim. App. 1978). The *Anders* procedures are applicable to an appeal from the termination of parental rights when an appointed attorney concludes that there are no non-frivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

Copies of counsel's brief and the record were delivered to appellant. Appellant was advised of his right to examine the appellate record and file a *pro se* response. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329–30. Appellant's *pro se* response was due on or before September 21, 2012. As of this date, appellant has not filed a *pro se* response or a request for an extension of time to file one.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record. A discussion of the brief would add nothing to the jurisprudence of the state.

Having determined that the appeal is frivolous and that the requirements of *Anders* have been satisfied, we grant counsel's motion to withdraw and affirm the trial court's judgment.


PER CURIAM


Panel consists of Justices Frost, Christopher, and Jamison.

2